IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATTHEW PUCKETT                                                    PLAINTIFF

    v.                         CIVIL NO. 12-2059

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                                     DEFENDANT

## O R D E R

On this 1st day of April 2013, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. No objections were filed to the report and recommendation. For reasons set forth in the report and recommendation (doc. 18) filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 11, 2013, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of **$3,997.25.**

    IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                HONORABLE ROBERT T. DAWSON
                                UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.